UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

LUVIA MANCHENO,

DEBTOR.

HEARING DATE: April 16, 2010
HEARING TIME: 10:00 am
HEARING PLACE: Brooklyn

CHAPTER 7

CASE NO. 10-41743

JUDGE: Elizabeth Stong

## DEBTOR'S NOTICE OF OBJECTION TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMOTIC STAY

**PLEASE TAKE NOTICE** that Debtor, Luvia Mancheno, by and through her attorneys Ismael Gonzalez and Associates, objects to U.S. Bank National Association request for relief from the automatic stay in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** that Debtor, Luvia Mancheno, has filed a Loss Mitigation Request dated March 24, 2010, relating to her first mortgage (Loan No. 7079680315) on the property located at 66-26 50th Avenue, Woodside, New York 11377, with U.S. Bank National As Trustee for Merrill Lynch in the amount of $513,624.31.

Dated: March 26, 2010
New York, New York

ISMAEL GONZALEZ, ESQ. (IG-9920)
ISMAEL GONZALEZ & ASSOCIATES
152 West 36th Street, Suite 202
New York, New York 10018
(212) 465-1500

To: Anne E. Miller-Hulbert, Esq.
Shapiro, DiCaro & Barak, LLP
Attorney for U.S. Bank National Association, as Trustee

1

250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624

Trustee
Debra Kramer
98 Cutter Mill Rd.
Suite 466 South
Great Neck, NY 11021

US Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

LUVIA MANCHENO,

DEBTOR.

HEARING DATE: April 16, 2010
HEARING TIME: 10:00 am
HEARING PLACE: Brooklyn

CHAPTER 7

CASE NO. 10-41743

JUDGE: Elizabeth Stong

## DEBTOR'S OBJECTION TO CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMOTIC STAY

Luvia Mancheno, by and through her attorneys Ismael Gonzalez and Associates, objects to U.S. Bank National Association request for relief from the automatic stay in the above captioned matter.

1. Debtor filed a petition for relief under Chapter 7 of the U.S. Bankruptcy Code on or about March 3, 2010.

2. Debtor filed the voluntary petition so that foreclosure proceeding would be stayed thereby providing time for Debtor to request to enter into a Loss Mitigation Program.

3. Debtor wishes to work out an agreement with U.S. Bank National as Trustee for Merrill Lynch Credit Corporation to keep her property located at 66-26 50th Avenue, Woodside, New York 11377.

4. Debtor has filed a Loss Mitigation Request regarding Loan No. 7079680315, pertaining to Debtor's First Mortgage.

WHEREFORE, Debtor respectfully requests the Automatic Stay remain in effect throughout the Loss Mitigation Program period.

Dated: New York, New York
      March 26, 2010

_____
ISMAEL GONZALEZ, ESQ. (IG-9920)
ISMAEL GONZALEZ & ASSOCIATES
152 West 36th Street, Suite 202
New York, NY 10018
(212) 465-1500