GERALD M. SHAPIRO
  Licensed in Illinois & Florida
DAVID S. KREISMAN
  Licensed in Illinois
SHARI SELTZER BARAK

JOHN A. DICARO
  Managing Attorney

FRANK M. CASSARA
MICHAEL J. CHATWIN
BRIDGET M. DEHMLER
JILLIAN K. FARRAR
GARY M. KANELLIS
ANTHONY J. IACCHETTA
ELLIS M. OSTER
ALISSA L. WILSON

RALPH J. ESPOSITO
KAREN R. MCCLOSKEY
  Of Counsel

Law Offices of

# Shapiro, DiCaro & Barak, LLC

250 Mile Crossing Boulevard
Suite One
Rochester, New York 14624
(585) 247-9000
FAX(585) 247-7380

LONG ISLAND OFFICE

SHARI SELTZER BARAK
  Managing Attorney

105 Maxess Road
Suite N109
Melville, NY 11747
(631) 844-9611
FAX(631) 844-9525

JOSE ARIAS, JR.
JOHN D. DELLO-IACONO
JENNIFER RANDO CRISTIANO

April 5, 2011


Hon. Elizabeth S. Stong
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201


RE:   Luvia Mancheno
      Chapter 7
      Case Number: 10-41743
      S&D File Number: 08-075289 & 08-075224


Dear Judge Stong:

This letter shall serve as a Status Report pursuant to the Loss Mitigation Order entered by this court on May 14, 2010 between the Debtor and the holder of the Note and Mortgage U.S. National Bank as Trustee for Merrill Lynch. PHH, the servicer of the Debtor's loans, has reviewed the Debtor for a modification. Based on the financial package received by the Debtor, she does not qualify for a loan modification because she has a substantial surplus in income.

On March 4, 2011, PHH offered the Debtor a repayment plan. The terms of the repayment plan are attached hereto. To date PHH has not received an executed agreement or any funds.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,



/s/Shari Barak

cc:       Debtor
Luvia Mancheno
66-26 50th Avenue
Woodside, NY 11377

Attorney for Debtor
Ismael Gonzalez
152 West 36th Street
Suite 202
New York, NY 10018

Trustee
Debra Kramer
98 Cutter Mill Rd
Suite 466 South
Great Neck, NY 11021