**United States Bankruptcy Court**
**Eastern District of New York**
-------------------------------------------------X    1-10-41743-ess

In re:

    **Luvia Mancheno,**

        **Chapter 7**


-------------------------------------------X


NOTICE OF MOTION FOR CONVERSION TO CHAPTER 13

PLEASE TAKE NOTICE, the Debtor, Ms. Luvia Mancheno is moving the court under Section 105 and 706 of the bankruptcy code for conversion of the case to one under Chapter 13.


The requested relief shall be pleaded on September 8, 2011 at 10:00 am, before the presiding Judge Hon. Elizabeth S. Stong of the United States Bankruptcy Court, Eastern District of New York, located at 271 Cadman Plaza East, Brooklyn New York 11201. Please be advised that, objections if any must be filed at least 5 days prior to the hearing date. If no objections are received the relief requested herein shall be granted.


Dated: July 28, 2011              */s/karamvir s. dahiya*
New York New York            BY:_____
                                      Karamvir S. Dahiya, Esq.

Notice to:

**Ismael Gonzalez**
152 West 36th Street
Suite 202
New York, NY 10018
212 465-1500

**Debra Kramer**
Debra Kramer, PLLC
98 Cutter Mill Road
Suite 466 South
Great Neck, NY 11021
(516) 482-6300


*U.S. Trustee*
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201

Merrill Lynch Credit Corporation
Shapiro, DiCaro & Barak, LLP
250 Mile Crossing Boulevard
Suite 1Rochester, NY 14624

NYC Dept of Finance
345 Adams Street
10th Fl, South Side
Brooklyn, NY 11201


PHH Mortgage Corporation
c/o Bonnie Hickey
Shapiro, DiCaro & Barak LLP
250 Mile Crossing Blvd
Suite One, Rochester, NY 14624

U.S. Bank National Association, as Trustee
Shapiro & DiCaro, LLP
250 Mile Crossing Blvd
Suite One|Rochester, NY 14624

Beneficial/Household Finance Corp
P.O. Box 3425
Buffalo, NY 14240

Cavalry Portfolio Services
P.O. Box 27288
Tempe, AZ 85285

Dell Computer
Web Bank
12234 N. IH35 SB Bldg B
Austin, TX 78753

Equible Accent Financial
5 Revere Dr. Northbrook, IL 60062

GEMB Old Navy
P.O. Box 981400
El Paso, TX 79998

GEMB/PC Richards
P.O. Box 981439
El Paso, TX 79998

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603

Macy's
9111 Duke Blvd
Mason, OH 45040

Mortgage Service Center
4001 Leadenhall Rd.
Mount Laurel, NJ 08054

Mortgate Service Center
4001 Leadenhall Rd.
Mount Laurel, NJ 08054

Presidio Cardworks Processing
101 Crossway Park West
Woodbury, NY 11797

WFNNBExpress
4590 E. Broad St.
Columbus, OH 43213

Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309